**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 253 MAL 2014
:
           Respondent       :
: Petition for Allowance of Appeal from the
                  : Order of the Superior Court
        v.              :
:
:
:
MICHAEL JOHN PISKANIN JR.,   :
:
           Petitioner         :


## ORDER


**PER CURIAM**

     **AND NOW**, this 20th day of August, 2014, the Petition for Supersedeas and/or Consolidation, the Application for Bail and the Petition for Allowance of Appeal are **DENIED**.